## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **Alex Cooper, individually and on behalf of all others similarly situated,** ) ) ) ) **Plaintiff,** ) ) **vs.** ) ) **Simm Associates, Inc.,** ) ) **Defendant.** ) ) | Case No.:1:21-cv-356-TWP-DLP |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Plaintiff's Motion to Dismiss with Prejudice filed by the Plaintiff in this cause, this cause is hereby dismissed with prejudice, and each party shall bear its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

Date: 6/15/2021

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

**ECF notification:**

Copies to electronically registered counsel of record.